## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MERCEDES LOPEZ,

Plaintiff,

Case No.:10-81084-CIV-Zloch/Rosenbaum

vs.

ENHANCED RECOVERY
COMPANY, LLC,

Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: January 7, 2011                    Respectfully submitted,

                                          /s Andrew I. Glenn
                                          Andrew I. Glenn
                                          E-mail:  AGlenn@cardandglenn.com
                                          Florida Bar No.:  577261
                                          J. Dennis Card, Jr.
                                          E-mail:DCard@cardandglenn.com
                                          Florida Bar No.  0487473
                                          Card & Glenn, P.A.
                                          2501 Hollywood Boulevard, Suite 100
                                          Hollywood, Florida 33020
                                          Telephone:  (954) 921-9994
                                          Facsimile:   (954) 921-9553
                                          Attorneys for Plaintiff